IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00780-WDM-MJW

SUSAN ENLOW,

Plaintiff,

v.

THE EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS, COLORADO, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Unopposed Motion for Stipulation and Protective Order (docket no. 30) is GRANTED.  The written Stipulation and Protective Order is APPROVED as amended in paragraph 11 and made an Order of Court.

Date:  June 22, 2007