IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00780-WDM-MJW

SUSAN ENLOW, Personal Representative of the Estate of her daughter, SARAH LYNN BROCK, deceased, and as next friend of KATIE COCHRAN, a lawful heir of SARAH LYNN BROCK, deceased,

    Plaintiffs,

vs.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, through TERRY MAKETA, Sheriff of El Paso County, Colorado, in his official capacity;
TERRY MAKETA, Individually;
CAROL HIGHTSHOE, Individually;
CORRECTIONAL HEALTHCARE MANAGEMENT INC., a Colorado corporation, Individually and also through
DIANE ALBDULJALIL, M.D., Medical Director, in her official capacity;
KRISTINE EKLE, Individually; and
RONALD JOHNSEN, P.A., Individually,

    Defendants.
_____

**ORDER DISMISSING FIFTH CLAIM FOR RELIEF, WITH PREJUDICE**
_____

    THE COURT, having reviewed the Stipulated Motion to Dismiss Fifth Claim for Relief, With Prejudice, as filed by Plaintiffs and County Defendants, having reviewed the file, and being fully advised in the premises,

    DOES HEREBY ORDER that Plaintiffs' fifth claim for relief be, and the same is

hereby dismissed, with prejudice, each party to pay their own costs and fees.

DONE this 28th day of June, 2007

BY THE COURT:

_____
WALKER D. MILLER
UNITED STATES JUDGE