IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   07-cv-00780-WDM-MJW

SUSAN ENLOW, *et al.*,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

---

### NOTICE AND ORDER REGARDING STIPULATED DISMISSAL

Miller, J.

    This matter is before me on a stipulation and a motion for dismissal with prejudice filed by the parties (Docket No. 46).  This motion seeks to dismiss Plaintiff's claim for economic losses other than funeral and burial expenses, while maintaining all other claims.  This cannot properly be construed as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a)(1).  Rule 41 applies only to situations where a plaintiff wishes to dismiss an entire action.  Fed. R. Civ. P. 41; *see also Gobbo Farms & Orchards v. Poole Chem. Co.*, 81 F.3d 122, 123 (10th Cir. 1996) ("[R]ule 41 speaks to dismissal of an action, not just a claim within an action."); *Ethridge v. Harbor House Rest.*, 861 F.3d 1389, 1392 (9th Cir. 1988) ("[P]laintiff may not use Rule 41(a)(1)(i) to dismiss, unilaterally, a single claim from a multi-claim complaint.").  Instead, [Rule]

15(a) is the appropriate mechanism '[w]here a plaintiff desires to eliminate an issue, or one or more but less than all of the several claims, but without dismissing as to any of the defendants." *Ethridge*, 861 F.3d at 1392 (quoting 5 J. Moore, J. Lucas & J. Wicker, *Moore's Federal Practice* ¶ 41.06-1, at 41-83 to -84 (1987)).

      Therefore, I construe this motion as a request for leave to further amend the Amended Complaint pursuant to Rule 15(a). Accordingly the motion is granted and Plaintiffs will be allowed to file, no later than October 9, 2007, a second amended complaint removing all claims for economic losses other than funeral and burial expenses.

      DATED at Denver, Colorado, on September 24, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge