IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00780-WDM-MJW

SUSAN ENLOW, et al.,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, et al.,

    Defendants.

## NOTICE OF DISMISSAL AS TO DEFENDANT AL-ADBULJALIL, M.D. ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to defendant Al-Adbuljalil, M.D. only, in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the claims against Diane Al-Adbuljalil, M.D. are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 30, 2007.

                                                BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL