IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00780-WDM-MJW

SUSAN ENLOW,

Plaintiff,

v.

THE EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS, COLORADO, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed Motion for CHM Defendants' Agent to Appear by Telephone at the December 5, 2007, Settlement Conference, DN 56, filed with the Court on November 30, 2007, is GRANTED.  The Defendants' adjustor is permitted to attend the settlement conference by telephone.  The Court's telephone number is (303) 844-2403.  Defendants' counsel shall make the appropriate arrangements to ensure the availability of the adjustor.

Date:  December 4, 2007