IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00780-WDM-MJW

SUSAN ENLOW, Personal Representative of the Estate of her daughter, SARAH LYNN BROCK, deceased, and as next friend of KATIE COCHRAN, a lawful heir of SARAH LYNN BROCK, deceased,

    Plaintiffs,

vs.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, through TERRY MAKETA, Sheriff of El Paso County, Colorado, in his official capacity;
CAROL HIGHTSHOE, Individually;
CORRECTIONAL HEALTHCARE MANAGEMENT INC., a Colorado corporation,
KRISTINE EKLE, Individually; and
RONALD JOHNSEN, P.A., Individually,

    Defendants.

## ORDER RE: STATUS REPORT TO THE COURT AND MOTION FOR EXTENSION OF TIME TO FILE JOINT STIPULATED MOTION FOR DISMISSAL (Docket No 63)

This Court, having reviewed Plaintiff's Status Report to the Court and Motion for Extension of Time to File Joint Stipulated Motion for Dismissal, and being otherwise duly advised in the premises,

HEREBY ORDERS that Plaintiff's motion is GRANTED. The parties shall have until April 8, 2008 to file their Joint Stipulated Motion for Dismissal or, in the alternative, provide this Court with a Status Report regarding El Paso County Probate Court Case No. 08 PR 140.

1

Dated: February 27, 2008    *[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO