IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00780-WDM-MJW

SUSAN ENLOW, et al.,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to Kristine Ekle and Ronald Johnsen, P.A. only in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Kristine Ekle and Ronald Johnsen, P.A., each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 8, 2008.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge

PDF FINAL