IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00780-WDM-MJW

SUSAN ENLOW, et al.,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint against Correctional Healthcare Management, Inc. is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 29, 2008

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge

PDF FINAL