IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00780-WDM-MJW

SUSAN ENLOW, et al.,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF EL PASO COUNTY, COLORADO, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed Stipulations of Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice against Terry Maketa, individually, Carol Highshoe, individually and The Board of County Commissioners of El Paso County, Colorado, through terry Maketa, Sheriff of El Paso County Colorado, in his official capacity, each party to pay his or its own costs and attorneys' fees. As these are the only remaining

defendants the entire complaint is dismissed with prejudice.

DATED at Denver, Colorado, on June 4, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge